UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| KIMBERLY FLANIGAN, | : | CASE NO. 5:23-cv-00296 |
| Plaintiff, | : | ORDER |
| | : | [Resolving Docs. 4, 13] |
| v. | : | |
| WESTROCK SERVICES, LLC, | : | |
| Defendant. | : | |

JAMES S. GWIN, UNITED STATES DISTRICT COURT JUDGE:

On June 23, 2023, the Court granted Plaintiff Kimberly Flanigan's unopposed motion to file an amended complaint removing certain claims while leaving the remaining claims unchanged.[1] At that time, the parties had fully briefed a motion to dismiss Flanigan's original complaint, but the Court had not yet ruled on that motion.[2]

On September 8, 2023, Defendant WestRock Services, LLC filed a motion for leave to re-file its motion to dismiss.[3] Defendant indicated that its motion to dismiss the original complaint was likely moot due to the filing of an amended complaint and sought to file a motion to dismiss the amended complaint.[4] Defendant also attached its proposed motion to dismiss and supporting exhibits to its motion for leave to re-file.[5] Plaintiff did not oppose leave to file a new motion.[6]

Because Plaintiff does not oppose, the Court **GRANTS** leave to file a motion to dismiss the amended complaint. Defendant shall file its new motion and supporting attachments as

---

[1] Doc. 12.
[2] Docs. 4, 8, 11.
[3] Doc. 13.
[4] *Id.*
[5] Docs. 13-1 to -5.
[6] Doc. 15.

Case No. 5:23-cv-00296
GWIN, J.

a separate docket entry, with links to both Plaintiff's opposition[7] and Defendant's reply in support of the motion to dismiss the original complaint.[8]  As the remaining claims in the amended complaint are unchanged, Defendant shall not file a new reply without leave of Court.

The motion to dismiss the original complaint is **DENIED AS MOOT**.[9]


IT IS SO ORDERED.

Dated: September 14, 2023        *s/      James S. Gwin*
                                 JAMES S. GWIN
                                 UNITED STATES DISTRICT JUDGE

---

[7] Doc. 16.
[8] Doc. 11.
[9] *Divito v. City of Bedford Heights*, No. 1:23-CV-00525, 2023 WL 4904001, at *1 (N.D. Ohio Aug. 1, 2023) ("An amended complaint supersedes all previous complaints, making pending motions related to the complaint moot.") (cleaned up) (citations omitted).